**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 13-50374

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2015

Lyle W. Cayce
Clerk

In the Matter of:  CHARLES E. HARRIS, III,

Debtor

------------------------------

MARY K. VIEGELAHN, Chapter 13 Trustee

Appellant

v.

CHARLES E. HARRIS, III,

Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CV-540

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before BENAVIDES, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50374

This case returns to us on remand from the Supreme Court, No. 14-400, *Harris v. Viegelahn, Chapter 13 Trustee,* following the Court's grant of certiorari to consider our reversal of the district court's judgment. The Supreme Court reversed our judgment and remanded this case to us for further proceedings consistent with the opinion of the Court. Accordingly, we now **AFFIRM** the district court's judgment for the reasons outlined in the Supreme Court's opinion.